IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV240-C

| | | |
|---|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| RLB HOLDINGS, LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Defendants' "Motion[s] for Admission to Practice Pro Hac Vice [of Charles Dewayne Hodges and Rodney Lenelle Eason]" (documents ##5 and 6), both filed May 27, 2008. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: June 5, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge