# Exhibit F

## SHOP OPENING 2002

| | |
|---|---|
| TO: | All Staff |
| FROM: | Real Estate Department |
| DATE OPEN: | July 10, 2002 |
| SHOP #: | 1660 |
| AGREEMENT DATE: | 12/7/2001 |
| DEALER: | Joe & Michelle Bajjani |
| ADDRESS: | 1350 Londonderry Drive<br>WOODSTOCK, GA 30188 |
| PHONE: | 678/494-9403 |
| COUNTY: | CHEROKEE |
| DMA: | Atlanta |
| MARKET: | Atlanta, GA |
| OPERATIONS MANAGER: | Robert Margetts ← |
| REGIONAL VP: | Warren Bickers |
| OPERATIONS REGION: | 17 |
| BUILDING STATUS: | Existing-Rent |
| NUMBER OF LIFTS: | 5 |
| NUMBER OF BAYS: | 5 |
| OPENING: | 3 |
| MONTHS IN PIPELINE: | 7 |
| PIPELINE AVERAGE: | 11.9 |

Case 3:08-cv-00240-RJC-DSC   Document 25-18   Filed 02/20/2009   Page 2 of 2