# Exhibit G

# CITY OF DULUTH - APPLICATION FOR SIGN PERMIT
## PERMANENT SIGNS ONLY
OFFICE: (770) 476-1790  INSPECTION REQUEST LINE: (770) 497-5333

SIGN ADDRESS 2710-A PEACHTREE IND. BLVD.  PERMIT NO 01-3544

BUSINESS NAME MEINEKE CAR CARE CENTER  PHONE NO. **COPY**

### WALL/PROJECTING/CANOPY SIGNS {scale drawing & building elevation showing placement of sign(s)}

| SQUARE FTG. | WIDTH OF FACADE | IDENTIFY FACADE (front, side, rear) | ILLUMINATION (Electrical Permit Required) | |
|---|---|---|---|---|
| 1. \ | \ | | ☐ INTERNAL | ☐ EXTERNAL |
| 2. \ | \ | | ☐ INTERNAL | ☐ EXTERNAL |
| 3. \ | \ | | ☐ INTERNAL | ☐ EXTERNAL |

### MONUMENT SIGNS/HISTORIC POLE SIGN {site location plan & scale drawing of sign(s) required, colors shown}

HEIGHT OF SIGN STRUCTURE: 8'  SETBACK FROM RIGHT-OF-WAY: _____
NO. OF SIGNS ON STRUCTURE: 1  ACCUMMULATIVE SQ. FTG. OF SIGN: 50
MATERIALS USED FOR MONUMENT: BRICK - ALUMINUM (ie., brick, block, stucco, wood, must match building)
ILLUMINATION: ☒ INTERNAL ☐ EXTERNAL (electrical permit required for any new wiring; neon prohibited)

SIGN CONTRACTOR ARCH-I-TECH SIGNS & GRAPHICS
SIGN CONTRACTOR'S ADDRESS: 3681 QUAIL CREEK DRIVE
CITY/STATE/ZIP: BUFORD, GA. 30519  PHONE NO. (770) 365-7378
OCCUPATIONAL TAX ID.: 2579B 5557  EXPIRATION DATE: 3-31-06  (must attach copy)
20050/0177

The City of Duluth is not responsible for the proper design, erection, and maintenance of any sign permitted. As to each and every sign erected pursuant to this application, the applicant hereby assumes the entire responsibility and liability for any and all damages, injury, death or destruction of any person or property resulting from or arising out of any act or omission in connection with the design, erection or maintenance of the sign, whether caused by the applicant, the City of Duluth or any of its agents, servants and employees or by any third parties. The applicant shall indemnify and hold harmless the City of Duluth, its agents, servants and employees, past and present, from and against any and all loss and/or expense without limitation which the or either of them may suffer, pay or be obligated to pay as a result of suits or claims which arise as described in the preceding sentence, irrespective of negligence on the part of the City of Duluth (except that the City of Duluth shall not be indemnified for its own, sole negligence). The applicant, if requested, shall assume and defend at their own cost, any suit, action or legal proceeding arising therefrom, and the applicant hereby agrees to satisfy, pay and cause to be discharged of record any judgement which may be rendered against the City of Duluth arising therefrom. All signs must be installed in compliance with the Duluth Building Code.

The following must be followed at all times or a citation will be issued:
- All signs must be located out of the public right-of-way.
- Double the permit fee shall be charged for any sign constructed or installed without first obtaining a permit.
- A minimum of 50% of the sign must be written in English letters and arabic numbers.
- The City of Duluth does not enforce protective covenants.
- Pole signs are prohibited, except in the downtown districts. Monument signs required, enclosed on all sides by brick, stone, wood or stucco.
- Building Permit required for monument signs.
- Sign drawings must label colors, materials, measurements, and other pertinent information about the sign.
- Fluorescent and day-glow colors prohibited.
- Final Inspection Required.

DATE 6-27-05  SIGNATURE OF APPLICANT _[signature]_
PRINT NAME: MARK J. BOURCHER

### OFFICE USE ONLY

PERMIT FEE $ 100.00  ZONING C-2  VALUE $ _____
APPROVED BY _[signature]_  CHECK NO.: 4760

White - File  Yellow - Applicant

Rev. 4/1/2004

APPLICATION FOR BUILDING PERMIT
CITY OF DULUTH, GEORGIA
Office: (770) 476-1790 Fax: (770) 814-3008
Inspection Request Line: (770) 497-5333

**COPY**

DATE: 000488 DEC-38   EXP. DATE: 7/14/06   PERMIT NO.: 01-3545

The issuance of this permit authorizes improvements to the real property designated herein which improvements may subject such property to mechanics' and materialism's liens pursuant to Part 3 of Article 8 of Chapter 14 of Title 44 of O.C.G.A. Annotated. In order to protect any interest in such property and to avoid encumbrances thereon, the owner or any such person with an interest in such property should consider contacting an attorney or purchasing a consumer's guide to the lien laws which may be available at building supply home centers.

**DESCRIPTION OF WORK** (Please mark all that apply)   ☐ RESIDENTIAL   ☒ NON-RESIDENTIAL/COMMERCIAL   ☐ MULTI-FAMILY

☒ NEW CONSTRUCTION   ☐ ADDITION   ☐ REPAIRS OVER $300   ☐ DEMOLISH   ☐ EXTERIOR RENOVATIONS
☐ MOVE BUILDING   ☐ INTERIOR FINISH   ☐ FOUNDATION ONLY   ☐ SHELL ONLY   ☐ OTHER

**DESCRIPTION OF BUILDING** (Please mark all that apply)

☐ OFFICE/BANK/PROFESSIONAL   ☐ SINGLE FAMILY   ☐ APARTMENTS   ☐ INDUSTRIAL   ☐ INSTITUTIONAL/HOSPITAL
☐ HOTEL/MOTEL   ☐ DUPLEX   ☐ AMUSEMENT/RECREATION   ☐ HISTORICAL   ☐ EDUCATIONAL/SCHOOL
☐ RESTURANT   ☐ TOWNHOUSE   ☐ ACCESSORY BUILDING   ☐ RETAIL STORE
☐ CITY/COUNTY OWNED   ☐ CONDOMINIUM   ☐ CHURCH/ASSEMBLY   ☐ SERVICE STATION   ☒ OTHER SIGN

PROJECT ADDRESS: 2710-A PEACHTREE IND. BLVD   LOT: 244   BLOCK:
ZONING: C-2   TAX PARCEL NO.: 7-244-392   S/D NAME: MEINEKE CAR CARE

**BUILDING INFORMATION** (NEW OR AFFECTED AREA ONLY):

STORIES: _____ BASEMENT/SLAB/CRAWLSPACE: _____ WATER TAP NO.: _____
ROOMS: _____ TYPE CONSTRUCTION: _____ UNITS: _____ SEWER PERMIT NO.: _____
BEDROOMS: _____ BUILDING HEIGHT: _____ FLOOD ZONE: _____ SPRINKLER/UNPROTECTED: _____
BATHS: _____ EXISTING SQUARE FTG.: _____ NEW SQUARE FTG.: 64   POWER CO.: _____
VALUE OF CONSTRUCTION: $ 690.00   PERMIT FEE: $ 47.40   REVIEW FEE: $ _____
SETBACKS:   FRONT: _____   INTERIOR SIDE(S): _____   EXTERIOR SIDE: _____ (corner lots only)   REAR: _____

BUS. LICENSE NO.: 200500177   ISSUING AUTHORITY: GWINNETT COUNTY   EXP. DATE: 3-31-06
LAND OWNER OF RECORD: VILLAGE AT ROGERS BRIDGE, LLC.   PHONE: (770) 945-0696
ADDRESS: 4550 ATWATER COURT BUFORD   CITY/STATE: GA.   ZIP: 30518
GENERAL CONTRACTOR: ARCH-I-TECH SIGNS & GRAPHICS   PHONE: (770) 365-7338
ADDRESS: 3681 QUAIL CREEK DR. SUWANEE   CITY/STATE: GA.   ZIP: 30519

**THE FOLLOWING MUST BE FOLLOWED AT ALL TIMES:**
- Robertson Sanitation/United Waste Services, Inc. is the exclusive sanitation provider within the City of Duluth (770-921-7337 or 770-867-4367).
- No burning of builders debris or other treated materials or hand warming fires. Georgia Burn Ban May 1 thru September 30 annually.
- Use wire back silt fence at all times.
- All landscaping, sidewalks, curb and gutter, roadway improvements, detention pond certified and cleaned out, must be completed prior to issuance of a C.O.
- No burial pits are permitted.
- Orange placard must be posted at all times or inspections will NOT be done. Final survey required prior to framing of house.

As the owner of record, or the duly authorized agent of the owner of record, I hereby apply for permit to erect/alter and use the structure(s) as described herein and/or shown on accompanying drawings and specification. I agree to construct same according to the laws and ordinances of the City of Duluth and Gwinnett County. If construction lapses for a period of 12 months, the building permit shall expire and must be renewed for construction to commence. I am making application for a Certificate of Occupancy/Completion for the use described herein. I understand that the structure authorized by the permit shall not be occupied until all inspections have been made and the Certificate has been approved by the Gwinnett County Fire Marshal (if applicable) and issued by the Duluth Building Official. The undersigned hereby saves and holds the City of Duluth harmless from any and all causes of action, judgements, claims or demands, or from any liability or any nature arising from any non-compliance with any restrictive covenants, plat restrictions, deed restrictions, or any other restrictions that may have been established by parties other than the City of Duluth. Issuance of this permit does not release the owner/applicant from compliance with any and all City ordinances and regulations.

SIGNATURE: _____   PRINT NAME: MARK J. BOURCIER
ISSUED BY: _____   DATE OF ISSUANCE: 7/14/05

Original – City of Duluth   Yellow – Tax Assessor   Pink – ARC   Goldenrod – Applicant

Updated 4/4/2002



**car care centers, inc.**

000463 DEC -3

October 11, 2005

Via Facsimile at 770-271-5784 and Regular Mail

Mr. Joe Bajjani
RLB Holdings, LLC
924 Gainesville Hwy, Suite 100
Buford, GA 30518

Re: Signage at Meineke Shop No. 1661

Dear Mr. Bajjani:

I understand that wish to change the signage to be put on the Meineke shop at 2710 Peachtree Industrial Blvd, Duluth GA ("Shop No. 1661") to an "earth tone/black & white" coloring.

I must point out that article 4.3 of the Franchise and Trademark Agreement governing Meineke's relationship with its franchisees provides that "all signs that [franchisees] purchase or lease . . . shall be of the types, brands and models that meet our standards and specifications." Meineke will only approve signage that correctly displays our trademarked name, logo and color scheme.

It was our understanding that you had received signage permits that allowed you meet these requirements and it was on this basis that we approved the facility.

Obviously, it is important to us and to the success of your business that you "brand" the building in a manner that is consistent with our national brand image so that your building is recognizable as a "Meineke Car Care Center" to consumers.

If you have any questions, please feel free to contact me at 704/644-8138.

Sincerely,

Mark Street
VP Business Development
Meineke Car Care Centers, Inc.

cc    Ted Pearce (Meineke General Counsel)

First Citizens Bank Plaza • 128 South Tryon Street • Suite 900 • Charlotte, North Carolina • 28202 • 704-377-8855

**RIGHT SERVICE. RIGHT PRICE.**



**City of Duluth**
Department of Planning & Development
3578 West Lawrenceville Street
Duluth, GA 30096
Main: 770.476.1790  Fax: 770.814.3008
www.duluthga.net

000464 DEC-3

# OFFICIAL WARNING NOTICE

DATE: 1/18/06

TO: Meineke

ADDRESS: 2710 PIB

VIOLATION OF: Sign Ordinance     ARTICLE: _____     SECTION: 1016

DESCRIPTION: Illegal banners, Flags

YOU ARE HEREBY NOTIFIED THAT THE FOLLOWING CORRECTIONS MUST BE MADE BY THE 24 OF January, 20 06 AT 5:00 P.M. ANY FAILURE TO CORRECT THIS ISSUE MAY RESULT IN OTHER ACTIONS AS ARE AUTHORIZED BY STATE LAW AND CITY ORDINANCE TO ENFORCE THE ORDINANCES OF THE CITY OF DULUTH, GEORGIA.

OFFICER: Atkinson     BADGE NUMBER: _____

ANY TYPE OF CONSTRUCTION THAT HAS BEGUN (BUILDING, DECK, ADDITIONS, ETC.), OR ANY SIGN THAT HAS BEEN ERECTED OR INSTALLED PRIOR TO OBTAINING A PERMIT, WILL BE CHARGED A **DOUBLE FEE**.

PLEASE DIRECT ANY QUESTIONS TO THE DEPARTMENT OF PLANNING AND DEVELOPMENT
BETWEEN THE HOURS OF 8:00 AM AND 5:00 P.M. MONDAY THRU FRIDAY AT THE MAIN NUMBER LISTED ABOVE.

REVISED 1/04

Removed Signs (Banners) & Grand Opening Flags
01/24/06

# CITY OF DULUTH

Sherri Hancel
*Code Compliance Planner*

Department of
Planning and Development
3578 West Lawrenceville Street
Duluth, Georgia 30096

Main Line (770) 476-1790
Direct Line (678) 475-3519
Fax: (770) 814-3008

web site: www.duluth-ga.com
e-mail: shancel@duluthga.net

CITY OF DULUTH
DEVELOPMENT DEPARTMENT
... le Street • Duluth, Georgia 30096
...1790 • FAX: (770) 814-3008
...duluth-ga.com



☐ COURTESY NOTICE
☒ OFFICIAL WARNING
☐ STOP WORK ORDER

DEC -3

**NAME:** Meineke   ☒ Owner   ☒ Occupant   ☐ Agent   ☐ Contractor
**LOCATION:** 2710 A Peachtree Industrial

## YOU ARE HEREBY NOTIFIED THAT DURING AN INSPECTION THE FOLLOWING VIOLATION WAS OBSERVED:

### ZONING ORDINANCE

| Article / Section | Description | Corrective Action |
|---|---|---|
| Article 6 (Various) | VIOLATION OF GENERAL PROVISIONS | FOLLOW INSTRUCTIONS WRITTEN BELOW |
| Art 8 / Sec 801-802 | JUNKED VEHICLE / INOPERATIVE VEHICLE | PLACE VEHICLE(S) IN AN ENCLOSED STRUCTURE OR REMOVE |
| Art 9 / Sec 902 (F) | PARKING IN A RESIDENTIAL DISTRICT | PARK ALL VEHICLES ON A HARD-SURFACED DRIVEWAY, CARPORT OR GARAGE. |
| Art 9 / Sec 902 (G) | PROHIBITED VEHICLE IN RESIDENTIAL AREA | OBTAIN A CONDITIONAL USE PERMIT OR REMOVE VECHICLE |
| Article 12 (Various) | VIOLATION OF DISTRICT REGULATIONS | FOLLOW INSTRUCTIONS WRITTEN BELOW |

### PROPERTY MAINTENANCE ORDINANCE

| Article / Section | Description | Corrective Action |
|---|---|---|
| Art 2 / Sec 2.2 | GRASS, WEEDS AND UNCULTIVATED VEGETATION | CUT GRASS AND MAINTAIN TO SIDE AND REAR PROPERTY LINES AND TO THE CURB OR EDGE OF PAVEMENT. |
| Art 2 / Sec 2.3 | OPEN OR OUTDOOR STORAGE | REMOVE UNAUTHORIZED ITEMS OR STORE WITHIN APPROVED STRUCTURE. |
| Article 3 (Various) | BUILDING MAINTENANCE | REPAIR PROBLEM AREA AND MAINTAIN IN GOOD REPAIR. |

### HEALTH AND SANITATION ORDINANCE

| Article / Section | Description | Corrective Action |
|---|---|---|
| Art 2 / Sec 205 | CLEANLINESS OF PREMISES REQUIRED | MAINTAIN PROPERTY IN CLEAN AND SANITARY CONDITION |
| Art 3 / Sec 301 | GARBAGE DISPOSAL AND COLLECTION | FOLLOW INSTRUCTIONS WRITTEN BELOW |
| Art 3 / 304 | BURNING OF TRASH, PAPER PROHIBITED | CEASE AND DESIST IMMEDIATELY |
| Art 3 / Sec 306 | UNLAWFUL COMPETITION WITHIN THE CITY | ESTABLISH HAULING SERVICE WITH AUTHORIZED CITY AGENT |
| Art 3 / sec 309 | BURIAL OF DEBRIS | CEASE AND DESIST IMMEDIATELY |

### SIGN ORDINANCE

| Article / Section | Description | Corrective Action |
|---|---|---|
| Section 1008(B) | SIGN PERMIT | OBTAIN PERMIT FOR SIGN OR REMOVE |
| ☒ Section 1010 | PROHIBITED SIGNS | REMOVE SIGN IMMEDIATELY / Neon Sign |

### OTHER / INSTRUCTIONS

| Article / Section | Description | Corrective Action |
|---|---|---|
| ☒ 1007 | flags | Must remove flags with message or obtain a temporary sign permit |
| ☒ 1003 E | monument sign | monument sign must have neutral background |

### WARNING

**VIOLATION MUST BE CORRECTED ON OR BEFORE:**
(Date) 5/10/2006 AT 5:00 PM

FAILURE TO CORRECT STATED VIOLATION(S) BY THE DATE INDICATED WILL RESULT IN OTHER ACTIONS AS ARE AUTHORIZED BY STATE LAW AND CITY ORDINANCE TO ENFORCE THE ORDINANCES OF THE CITY OF DULUTH, GEORGIA INCLUDING BUT NOT LIMITED TO ISSUANCE OF CITATION(S) AND MANDATORY APPEARANCE IN DULUTH MUNICIPAL COURT. DIRECT ALL INQUIRIES REGARDING THIS NOTICE TO THE MAIN NUMBER LISTED ABOVE DURING NORMAL BUSINESS HOURS.

S. Hancel      1151
**Compliance Official**   **Badge Number**   **Received By**

☐ POSTED AT LOCATION
04/26/2006

ANY ACTIVITY THAT HAS BEGUN OR ANY SIGN THAT HAS BEEN ERECTED PRIOR TO OBTAINING A PERMIT WILL BE CHARGED A DOUBLE FEE.



**City of Duluth**
Department of Planning & Development
3578 West Lawrenceville Street
Duluth, GA 30096
Main: 770.476.1790  Fax: 770.814.3008
www.duluthga.net

# OFFICIAL WARNING NOTICE

DATE: 10/31/2006

TO: Meineke - Justin S.

ADDRESS: 2710 Peachtree Ind Blvd

VIOLATION OF: Sign code   ARTICLE: ___   SECTION: 10.10

DESCRIPTION: Neon sign must remove - flashing signage

YOU ARE HEREBY NOTIFIED THAT THE FOLLOWING CORRECTIONS MUST BE MADE BY THE __1__ OF __November__, 2006 AT 5:00 P.M. ANY FAILURE TO CORRECT THIS ISSUE MAY RESULT IN OTHER ACTIONS AS ARE AUTHORIZED BY STATE LAW AND CITY ORDINANCE TO ENFORCE THE ORDINANCES OF THE CITY OF DULUTH, GEORGIA.

OFFICER: Shea Hance   BADGE NUMBER: 1151

ANY TYPE OF CONSTRUCTION THAT HAS BEGUN (BUILDING, DECK, ADDITIONS, ETC.), OR ANY SIGN THAT HAS BEEN ERECTED OR INSTALLED PRIOR TO OBTAINING A PERMIT, WILL BE CHARGED A DOUBLE FEE.

PLEASE DIRECT ANY QUESTIONS TO THE DEPARTMENT OF PLANNING AND DEVELOPMENT BETWEEN THE HOURS OF 8:00 AM AND 5:00 P.M. MONDAY THRU FRIDAY AT THE MAIN NUMBER LISTED ABOVE.

REVISED 1/04     4/26/06




**CITY OF DULUTH**
Code Compliance Planner
Department of Planning and Development
3578 West Lawrenceville Street
Duluth, Georgia 30096

**DEVELOPMENT DEPARTMENT**
...le Street • Duluth, Georgia 30096
...1790 • FAX: (770) 814-3008
...duluth-ga.com

Main Line (770) 476-1790
Direct Line (678) 475-3519
Fax: (770) 814-3008

web site: www.duluth-ga.com
e-mail: shancel@duluthga.net

- [ ] COURTESY NOTICE
- [x] OFFICIAL WARNING
- [ ] STOP WORK ORDER

**NAME:** Meineke  [x] Owner  [x] Occupant  [ ] Agent  [ ] Contractor
**LOCATION:** 2710 A Peachtree Industrial

YOU ARE HEREBY NOTIFIED THAT DURING AN INSPECTION THE FOLLOWING VIOLATION WAS OBSERVED:

### ZONING ORDINANCE

| | Article / Section | Description | Corrective Action |
|---|---|---|---|
| | Article 5 (Various) | VIOLATION OF GENERAL PROVISIONS | FOLLOW INSTRUCTIONS WRITTEN BELOW |
| | Art 8 / Sec 801-802 | JUNKED VEHICLE / INOPERATIVE VEHICLE | PLACE VEHICLE(S) IN AN ENCLOSED STRUCTURE OR REMOVE |
| | Art 9 / Sec 902 (F) | PARKING IN A RESIDENTIAL DISTRICT | PARK ALL VEHICLES ON A HARD-SURFACED DRIVEWAY, CARPORT OR GARAGE |
| | Art 9 / Sec 902 (G) | PROHIBITED VEHICLE IN RESIDENTIAL AREA | OBTAIN A CONDITIONAL USE PERMIT OR REMOVE VEHICLE |
| | Article 12 (Various) | VIOLATION OF DISTRICT REGULATIONS | FOLLOW INSTRUCTIONS WRITTEN BELOW |

### PROPERTY MAINTENANCE ORDINANCE

| | Article / Section | Description | Corrective Action |
|---|---|---|---|
| | Art 2 / Sec 2.2 | GRASS, WEEDS AND UNCULTIVATED VEGETATION | CUT GRASS AND MAINTAIN TO SIDE AND REAR PROPERTY LINES AND TO THE CURB OR EDGE OF PAVEMENT |
| | Art 2 / Sec 2.3 | OPEN OR OUTDOOR STORAGE | REMOVE UNAUTHORIZED ITEMS OR STORE WITHIN APPROVED STRUCTURE |
| | Article 3 (Various) | BUILDING MAINTENANCE | REPAIR PROBLEM AREA AND MAINTAIN IN GOOD REPAIR |

### HEALTH AND SANITATION ORDINANCE

| | Article / Section | Description | Corrective Action |
|---|---|---|---|
| | Art 2 / Sec 205 | CLEANLINESS OF PREMISES REQUIRED | MAINTAIN PROPERTY IN CLEAN AND SANITARY CONDITION |
| | Art 3 / Sec 301 | GARBAGE DISPOSAL AND COLLECTION | FOLLOW INSTRUCTIONS WRITTEN BELOW |
| | Art 3 / 304 | BURNING OF TRASH, PAPER PROHIBITED | CEASE AND DESIST IMMEDIATELY |
| | Art 3 / Sec 306 | UNLAWFUL COMPETITION WITHIN THE CITY | ESTABLISH HAULING SERVICE WITH AUTHORIZED CITY AGENT |
| | Art 3 / sec 309 | BURIAL OF DEBRIS | CEASE AND DESIST IMMEDIATELY |

### SIGN ORDINANCE

| | Article / Section | Description | Corrective Action |
|---|---|---|---|
| | Section 1008(B) | SIGN PERMIT | OBTAIN PERMIT FOR SIGN OR REMOVE |
| [x] | Section 1010 | PROHIBITED SIGNS | REMOVE SIGN IMMEDIATELY / Neon Sign |

### OTHER / INSTRUCTIONS

| | Article / Section | Description | Corrective Action |
|---|---|---|---|
| [x] | 1007 | Tif flags | Must remove flag will message or obtain a temporary sign permit |
| [x] | 1003 E | Monument sign | Monument sign must have neutral background |

### WARNING

**VIOLATION MUST BE CORRECTED ON OR BEFORE:**
(Date) 5/10/2006 AT 5:00 PM

FAILURE TO CORRECT STATED VIOLATION(S) BY THE DATE INDICATED WILL RESULT IN OTHER ACTIONS AS ARE AUTHORIZED BY STATE LAW AND CITY ORDINANCE TO ENFORCE THE ORDINANCES OF THE CITY OF DULUTH, GEORGIA INCLUDING BUT NOT LIMITED TO ISSUANCE OF CITATION(S) AND MANDATORY APPEARANCE IN DULUTH MUNICIPAL COURT. DIRECT ALL INQUIRIES REGARDING THIS NOTICE TO THE MAIN NUMBER LISTED ABOVE DURING NORMAL BUSINESS HOURS.

Compliance Official: S. Hancel   Badge Number: 1151   Received By: _____   [ ] POSTED AT LOCATION   04/26/2006

ANY ACTIVITY THAT HAS BEGUN OR ANY SIGN THAT HAS BEEN ERECTED PRIOR TO OBTAINING A PERMIT WILL BE CHARGED A DOUBLE FEE.



**FW:**
From: **Dena Huber** (denahuber@bellsouth.net)
Sent: Mon 9/08/08 5:48 PM
To: 'Rodney Eason' (easonlawfirm@msn.com)

000431  DEC -3 08



---

**From:** Joe Bajjani [mailto:jbajjani@bellsouth.net]
**Sent:** Wednesday, December 13, 2006 9:53 AM
**To:** 'Warren Bickers'
**Subject:** RE:

Warren

I drove by the site on Sunday. It is not adequate. We also need to dispose of the real estate (too much money tied in it, over 2.25 million) before we venture into another one.

Thanks

Joe

---

**From:** Warren Bickers [mailto:Warren.Bickers@meineke.com]
**Sent:** Friday, December 08, 2006 1:58 PM
**To:** Joe Bajjani

**Cc:** Dave Schaefers
**Subject:** RE:

000432 DEC -3

there is an Econo sight available Roswell Rd. Dave Schaefers ,Pres., Econo Lube will be in Atlanta mon-wed.

If you wish to contact; cell is 702-813-1433.

Excellent site; a1 according to Dave.

2 oil chg pits, good equip ,4 gen svce bays . could support tire replacement.

> -----Original Message-----
> **From:** Joe Bajjani [mailto:jbajjani@bellsouth.net]
> **Sent:** Friday, December 08, 2006 1:48 PM
> **To:** Warren Bickers
> **Subject:** RE:
>
> yes

---

> **From:** Warren Bickers [mailto:Warren.Bickers@meineke.com]
> **Sent:** Friday, December 08, 2006 1:48 PM
> **To:** Joe Bajjani
> **Cc:** Ted Pearce
> **Subject:** RE:
>
> Joe, I assume you are planning to relocate ?
>
> > -----Original Message-----
> > **From:** Joe Bajjani [mailto:jbajjani@bellsouth.net]
> > **Sent:** Friday, December 08, 2006 9:51 AM
> > **To:** Warren Bickers
> > **Subject:** RE:
> >
> > Shop number 1661

---

> > **From:** Warren Bickers [mailto:Warren.Bickers@meineke.com]
> > **Sent:** Friday, December 08, 2006 9:49 AM

**To:** Joe Bajjani
**Cc:** Ted Pearce
**Subject:** RE:

000433 DEC-3

Shop number? I'll review the issues here.

-----Original Message-----
**From:** Joe Bajjani [mailto:jbajjani@bellsouth.net]
**Sent:** Friday, December 08, 2006 9:40 AM
**To:** Warren Bickers
**Cc:** Mark Street; Joe Price
**Subject:**

Warren

    As I stated earlier in our discussions, PIB location sign permits have been revoked, to add to that a violation notice has been given for our interior signs. The power connection to our signs has been removed. The location is no longer viable. It has also become difficult to maintain personnel at the location with such low car count. I am requesting the temporary closure of the facility, there is no other option.

Sincerely

Joe Bajjani

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.15/579 - Release Date: 12/7/2006

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.15/579 - Release Date: 12/7/2006

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.15/579 - Release Date: 12/7/2006

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.15/579 - Release Date: 12/7/2006

000434 DEC-3

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.15/579 - Release Date: 12/7/2006

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.15/579 - Release Date: 12/7/2006

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.18/585 - Release Date: 12/13/2006

RLB Holdings LLC
924 Gainesville Hwy, Suite 100
Buford, Ga. 30518
770-945-2044 / 770-945-2054

000462 DEC -3

February 5, 2007

Meineke Car Care Center
First Citizens Bank Plaza
128 South Tryon Street, Suite 900
Charlotte, NC 28202

SUBJECT: CLOSED CENTER AGREEMENT, SHOP # 1661

In reply to: Letter dated 1/9/2007

Dear Amy Maruschock,

I am in receipt of your letter and agreement today, February 5, 2007.

Please note the following:

- The closing of shop #1661 was due to force majuere, in this case local government revoking our sign permit and placed us in violation of section 4.3 of the FTA.

- Operating without signage is not only in violation of our FTA but also bad business practice for a 2.2 million dollar investment.

- Our relocation will proceed after the disposal of the real estate and locating a new site.

We have always dealt with Meineke in good faith even when they failed and continue to fail in supporting their franchisees and the new car care center concept. We are attempting to stay positive and believe that Meineke's personnel have long term interest with their franchisees and therefore will maintain positive relationships.

Due to the above, I cannot sign the agreement in its current form, if modified to reflect our concerns, we will proceed.

Please change your records to reflect my office address of 924 Gainesville Hwy, Suite 100, Buford, Ga. 30518.

Sincerely,

Joe Bajjani
President
RLB Holdings LLC

cc: Ted P. Pierce
Warren Bickers