IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-CV-240

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RLB HOLDINGS, LLC, <br> JOE H. BAJJANI <br> A/K/A JOE BAJJANI, <br> AND MICHELLE G. BAJJANI <br> A/K/A MICHELLE BAJJANI, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Plaintiff's Motion to File Exhibit Under Seal. For the reasons set forth therein, the Motion will be granted.

**SO ORDERED.**

Signed: March 9, 2009

_____
Carl Horn, III
United States Magistrate Judge