UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-240

| | |
|---|---|
| Meineke Car Care Centers, Inc., )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>RLB Holdings, LLC, Joe H. Bajjani, )<br>and Michelle G. Bajjani, )<br>   Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on its own motion. On March 10, 2009, the Court sent a notice to Charles Dewayne Hodges pursuant to Local Rule 83.1 stating that Hodges is required to register for ECF. Attorney Hodges failed to comply with the notice.

**IT IS, THEREFORE, ORDERED** that Attorney Hodges must register for ECF by April 10, 2009.

Signed: March 27, 2009

Robert J. Conrad, Jr.
Chief United States District Judge