IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-cv-240

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEAL** |
| RLB HOLDINGS, LLC, JOE E. BAJJANI A/K/A JOE BAJJANI, AND MICHELLE G. BAJJANI A/K/A MICHELLE BAJJANI, | ) |
| Defendants. | ) |

Notice is hereby given that Meineke Car Care Centers, Inc., Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's final order entered August 7, 2009 granting summary judgment in favor of Defendants RLB Holdings, LLC, Joe E. Bajjani a/k/a Joe Bajjani, and Michelle G. Bajjani a/k/a Michelle Bajjani on their motion for summary judgment and denying Meineke's cross-motion for summary judgment on the same issue.

Respectfully submitted this 4th day of September 2009.

                              s/ Amy K. Reynolds
                              N.C. State Bar No. 21266
                              Attorney for Plaintiff
                              Meineke Car Care Centers, Inc.
                              128 South Tryon Street, Suite 900
                              Charlotte, NC 28202
                              Telephone: (704) 644-8144
                              Fax: (704) 358-4706
                              E-mail: amy.reynolds@meineke.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEAL** was served electronically through the Electronic Case Filing System upon counsel for Defendants, Rodney Lenelle Eason, Charles Dewayne Hodges, Leslie Kali Eason, and David William Hands.

This 4th day of September 2009.

<pre>
                              s/ Amy K. Reynolds
                              N.C. State Bar No. 21266
                              Attorney for Plaintiff
                              Meineke Car Care Centers, Inc.
                              128 South Tryon Street, Suite 900
                              Charlotte, NC 28202
                              Telephone: (704) 644-8144
                              Fax: (704) 358-4706
                              E-mail: amy.reynolds@meineke.com
</pre>