FILED: April 14, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-2030
(3:08-cv-00240-RJC-DSC)

_____

MEINEKE CAR CARE CENTERS, INCORPORATED

    Plaintiff - Appellant

v.

RLB HOLDINGS, LLC; JOE H. BAJJANI; MICHELLE G. BAJJANI, a/k/a Michelle Bajjani

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

    /s/ PATRICIA S. CONNOR, CLERK