FILED: May 6, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-2030
(3:08-cv-00240-RJC-DSC)
_____

MEINEKE CAR CARE CENTERS, INCORPORATED

    Plaintiff - Appellant

v.

RLB HOLDINGS, LLC; JOE H. BAJJANI; MICHELLE G. BAJJANI, a/k/a Michelle Bajjani

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 4/14/2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*