FILED: May 16, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-2030

(3:08-cv-00240-RJC-DSC)

_____

MEINEKE CAR CARE CENTERS, INCORPORATED

      Plaintiff - Appellant

v.

RLB HOLDINGS, LLC; JOE H. BAJJANI; MICHELLE G. BAJJANI, a/k/a Michelle Bajjani

      Defendants - Appellees

_____

O R D E R

_____

Costs for these proceedings are taxed and certified as follows for addition to this court's mandate in accordance with Fed. R. App. P. 39(d):

| | |
|---|---|
| Docketing Fee: | $[450.00] |
| Printing Costs: | $[2537.15] |
| TOTAL COSTS AWARDED: | $[2987.15] |

For the Court--By Direction

/s/ Patricia S. Connor, Clerk