# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:08CV240-RJC-DSC

| | |
|---|---|
| **MEINEKE CAR CARE CENTERS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **RLB HOLDINGS, LLC et. al.,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on the "Defendants' Motion to Reopen Discovery" (document #59) and Plaintiff's "Response In Opposition ..." (document #60). Defendants ask the Court to reopen discovery for 120 days. For the reasons set forth therein, and having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the Motion will be granted in part and denied in part.

**NOW THEREFORE IT IS ORDERED:**

1. "Defendants' Motion to Reopen Discovery" (document #59) is **GRANTED IN PART** and **DENIED IN PART**.

2. Discovery is reopened and the discovery deadline is August 31, 2011.

3. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 26, 2011

David S. Cayer
United States Magistrate Judge